# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DIANE JONES**  **PLAINTIFF**
**ADC# 706096**

v.  CASE NO. 1:17-CV-00030 BSM

**CHERYL CHAPMAN, et al.**  **DEFENDANTS**

## ORDER

The findings and recommendation [Doc. No. 18] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful review of the record, the findings and recommendation are adopted in their entirety. Accordingly, the defendants' motion for summary judgment [Doc. No. 14] is granted, and this case is dismissed without prejudice for failure to exhaust. It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 19th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE